Allie **REYNOLDS**, on behalf of himself, and all other former and present Major League Baseball Players similarly situated, Plaintiff-Appellant,

v.

John W. **GALBREATH**, Calvin Griffith, James P. Bunning and Richard Hall, as constituting the Major League Baseball Players' Pension Committee, and Charles Segar as the Major League Baseball Players' Pension Committee Administrator, Defendants-Appellees,

and

Major League Baseball Players Association, Intervening Defendant-Appellee.

No. 737, Docket 34542.

United States Court of Appeals, Second Circuit.

Argued May 1, 1970.

Decided May 18, 1970.

J. Norman Lewis, New York City (Nemeroff, Jelline, Danzig, Paley & Kaufman, New York City, of counsel), for plaintiff-appellant.

John H. Morse, New York City (Cravath, Swaine & Moore, Edward O. Byrne, Jeffrey M. Bernback, New York City, of counsel), for defendants-appellees.

Richard M. Moss, New York City, for intervening defendant-appellee.

Before HAYS, ANDERSON and FEINBERG, Circuit Judges.

PER CURIAM:

We affirm on the basis of the late Judge Herlands' opinion in the district court (S.D.N.Y. April 20, 1969).